```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
```



**FILED**

MAR 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 25818 BURDA LANE, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN: 60-380-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>  Defendant. | 2:12-CV-00813-WBS-EFB<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 21968 ROCKAWAY ROAD, NORTH SAN JUAN, CALIFORNIA, NEVADA COUNTY, APN: 60-210-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>  Defendant. | 2:12-CV-00824-WBS-KJN |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v. | 2:12-CV-00815-WBS-GGH |

| | |
|---|---|
| REAL PROPERTY LOCATED AT 17293 WILDCAT TRAIL, BROWNSVILLE, CALIFORNIA, YUBA COUNTY, APN: 050-190-010, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>          Defendant. | ) ) ) ) ) ) ) ) |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 17483 WILDCAT TRAIL, RACKERBY, CALIFORNIA, YUBA COUNTY, APN: 050-190-018, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   2:12-CV-00819-WBS-CKD |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Notice of Related Cases and the declaration of Kevin C. Khasigian in the above-captioned proceedings shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: March 30, 2012

/s/ Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge