```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
```



FILED
MAR 30 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 25818 BURDA LANE, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN: 60-380-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:12-CV-00813-WBS-EFB<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 21968 ROCKAWAY ROAD, NORTH SAN JUAN, CALIFORNIA, NEVADA COUNTY, APN: 60-210-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:12-CV-00824-WBS-KJN |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v. | 2:12-CV-00815-WBS-GGH |

1   Order Re: Request to Seal Documents

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | REAL PROPERTY LOCATED AT 17293 WILDCAT TRAIL, BROWNSVILLE, CALIFORNIA, YUBA COUNTY, APN: 050-190-010, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) |

```
 1
 2   REAL PROPERTY LOCATED AT 17293    )
     WILDCAT TRAIL, BROWNSVILLE,       )
     CALIFORNIA, YUBA COUNTY,          )
 3   APN: 050-190-010, INCLUDING ALL   )
     APPURTENANCES AND IMPROVEMENTS    )
 4   THERETO,                          )
                                       )
 5            Defendant.               )
     _____)
 6   UNITED STATES OF AMERICA,         )    2:12-CV-00819-WBS-CKD
                                       )
 7            Plaintiff,               )
                                       )
 8        v.                           )
                                       )
 9   REAL PROPERTY LOCATED AT 17483    )
     WILDCAT TRAIL, RACKERBY,          )
10   CALIFORNIA, YUBA COUNTY,          )
     APN: 050-190-018, INCLUDING ALL   )
11   APPURTENANCES AND IMPROVEMENTS    )
     THERETO,                          )
12                                     )
              Defendant.               )
13   _____)

14
          Upon application of the United States of America and good
15
     cause having been shown,
16
          IT IS HEREBY ORDERED that the Notice of Related Cases and
17
     the declaration of Kevin C. Khasigian in the above-captioned
18
     proceedings shall be filed under seal and shall not be disclosed
19
     to any person unless otherwise ordered by this Court.
20

21   Date:  March 30, 2012
22                                      /s/ Dale A. Drozd
                                        _____
                                        DALE A. DROZD
23                                      United States Magistrate Judge
```

                                  2        Order Re: Request to Seal Documents