```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
```

**FILED**
JUL 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 25818 BURDA LANE, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN: 60-380-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 2:12-CV-00813-WBS-EFB<br><br>REQUEST AND [~~PROPOSED~~] ORDER TO UNSEAL DOCUMENTS |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 21968 ROCKAWAY ROAD, NORTH SAN JUAN, CALIFORNIA, NEVADA COUNTY, APN: 60-210-01, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 2:12-CV-00824-WBS-KJN |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v. | 2:12-CV-00815-WBS-GGH |

| | |
|---|---|
| REAL PROPERTY LOCATED AT 17293 WILDCAT TRAIL, BROWNSVILLE, CALIFORNIA, YUBA COUNTY, APN: 050-190-010, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 17483 WILDCAT TRAIL, RACKERBY, CALIFORNIA, YUBA COUNTY, APN: 050-190-018, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | 2:12-CV-00819-WBS-CDK |

The arrest warrants in the related criminal case 2:12-CR-00076-WBS have all been executed. As a result, there is no need for the Notice of Related Cases and Declaration of Kevin C. Khasigian to remain under seal. Accordingly, the United States asks that the Court order that the Notice of Related Cases and Declaration of Kevin C. Khasigian be unsealed.

Date: 7/6/12

BENJAMIN B. WAGNER
United States Attorney

By: _____
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: 7/6/2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge

2          Request to Unseal Documents