BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00815-WBS-AC |
|---|---|
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 17293 WILDCAT TRAIL, RACKERBY, CALIFORNIA, YUBA COUNTY, APN: 050-190-010, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER [PROPOSED]; CERTIFICATE OF REASONABLE CAUSE |
| Defendant. | |

The United States of America, claimants Jeffrey and Nancy Hurd and Judy Lewis, appearing through undersigned counsel, hereby agree and stipulate as follows:

    1.    The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2.    The parties are to bear their own costs and attorney fees.

///

///

///

///

1

3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: <u>5/13/13</u>     BENJAMIN B. WAGNER
                         United States Attorney

              By:   <u>/s/ Kevin C. Khasigian</u>
                    KEVIN C. KHASIGIAN
                    Assistant U.S. Attorney


DATED: <u>5-13-13</u>    <u>/s/ Todd A. Murray</u>
                         TODD A. MURRAY
                         Attorney for claimants
                         Jeffrey and Nancy Hurd and Judy Lewis

                         (Signature retained by attorney)

IT IS SO ORDERED.

Dated:  <u>May 14, 2013</u>

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 30, 2012, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated:  May 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE